### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **LAURA SKOP** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **FILE NO.: 1:05-CV-1754-BBM** |
| : | |
| : | |
| **CITY OF ATLANTA, GEORGIA,** : | |
| **OFFICER TIMOTHY BROWN,** : | |
| **in his individual capacity, &** : | |
| **SERGEANT THOMAS L.** : | |
| **PADGETT, in his individual** : | |
| **capacity,** : | |
| : | |
| **Defendants.** : | |

### NOTICE OF SUBPOENA FOR THE PRODUCTION OF DOCUMENTS TO NON– PARTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45

**YOU ARE HEREBY NOTIFIED**, pursuant to Rule 45 of the Federal Rules of Civil Procedure, that on Thursday, January 19, 2005, no later than 5:00 p.m., at the offices of Parks, Chesin & Walbert, P.C., 75 Fourteenth Street, Suite 2600, Atlanta, Georgia 30309, the undersigned will proceed to copy specified documents to be produced by COYOTE UGLY SALOON for discovery and all other purposes allowed by law.

Attached to this notice is a copy of the subpoena issued to COYOTE UGLY SALOON. You are invited to be present.

This 30th day of December, 2005.

                                                  /s/ *William J. Atkins*
                                                  William J. Atkins
                                                  Georgia Bar No. 027060

PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, Suite 2600
Atlanta, Georgia  30309
(404) 873-8000
(404)873-8050 (fax)
E-mail: batkins@pcwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **Notice of Subpoena for the Production of Documents To Non– Party Pursuant to Federal Rule of Civil Procedure 45** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record:

    Dennis M. Young
    Senior Assistant City Attorney
    City of Atlanta Law Department
    68 Mitchell Street, S.W.
    Suite 4100
    Atlanta, Georgia 30335-0332


This 30th day of December, 2005.

                                              /s/ *William J. Atkins*
                                              William J. Atkins
                                              Georgia Bar No. 027060

PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, Suite 2600
Atlanta, Georgia 30309
(404) 873-8000
(404)873-8050 (fax)