# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LAURA SKOP | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO.:  1:05-CV-1754-BBM |
| | : | |
| CITY OF ATLANTA, GEORGIA, | : | |
| OFFICER TIMOTHY BROWN, | : | |
| in his individual capacity, & | : | |
| SERGEANT THOMAS L. | : | |
| PADGETT, in his individual | : | |
| capacity, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING ORIGINAL DISCOVERY

**NOW COMES** Plaintiff Laura Skop and hereby files the following original discovery for use in the parties' Summary Judgment argument:

1. Declaration of Laura Lee Skop.

Dated:   June 15, 2006.

/s/William J. Atkins
William J. Atkins
Georgia Bar No. 027060

-1-

PARKS, CHESIN & WALBERT, P.C.
26th Floor, 75 Fourteenth Street
Atlanta, Georgia 30309
Telephone: (404)873-8000
Facsimile: (404)873-8050
Email: batkins@pcwlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **LAURA SKOP** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **FILE NO.: 1:05-CV-1754-BBM** |
| | : | |
| **CITY OF ATLANTA, GEORGIA,** | : | |
| **OFFICER TIMOTHY BROWN,** | : | |
| in his individual capacity, & | : | |
| **SERGEANT THOMAS L.** | : | |
| **PADGETT,** in his individual | : | |
| capacity, | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically served the foregoing NOTICE OF FILING ORIGINAL DISCOVERY with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: *Dennis Young & Cleora Anderson, City of Atlanta Law Department, 68 Mitchell St., SW, Suite 4100, Atlanta, Georgia 30335-0332.*

This 15th day of June, 2006.

/s/ *William J. Atkins*
WILLIAM J. ATKINS
State Bar No. 027060