# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA SKOP, | |
| Plaintiff, | |
| v. | CIVIL ACTION<br>FILE NO.: 1:05-CV-1754-BBM |
| CITY OF ATLANTA, GEORGIA, OFFICER TIMOTHY BROWN, in his individual capacity, & SERGEANT THOMAS L. PADGETT, in his individual capacity, | |
| Defendants. | |

## PLAINTIFF'S LIST OF EXHIBITS SUBMITTED IN SUPPORT OF BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### DEPOSITIONS AND TESTIMONIAL EVIDENCE

Declaration of Laura Lee Skop . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit "A"

Deposition of Timothy Scott Brown *(Cited Pages Only)* . . . . . . . . . . Exhibit "B"

Deposition of Thomas L. Padgett *(Cited Pages Only)* . . . . . . . . . . . . Exhibit "C"

Deposition of Welcome Harris, Jr. *(Cited Pages Only)* . . . . . . . . . . . Exhibit "D"

Deposition of Joseph P. Spillane *(Cited Pages Only)* . . . . . . . . . . . . Exhibit "E"

Deposition of Darrell Alphonso Lester *(Cited Pages Only)* . . . . . . . . Exhibit "F"

Deposition of Cerrine LaShon Leeks *(Cited Pages Only)* .......... Exhibit "G"

Deposition of Laura Skop *(Cited Pages Only)* ................... Exhibit "H"

### DOCUMENTARY EVIDENCE

1. Zone 2 Evening Watch Assignment Sheet (7/10/03)

2. Atlanta Police Dept. – Daily Activity Report (7/10/03)

3. Request for Tape Recordings (7/17/03)

4. Map of Scene of Incident

5. Citation (7/10/03)

6. Incident Report (7/10/03)

7. APD Vehicle Record/Impound Report (7/10/03)

8. Picture

9. Picture

10. Picture

11. Picture

12. APD Employee Discipline Worksheet (12/9/03)

13. Memo from Lt. M. Hendricks to Major W. Harris (9/25/03)
    Re: Investigation & Disposition of Complaint 03-C-0309-UAF

14. Memo to Lt. M. Hendricks Re: Information/Witnesses, etc. to
    Complaint 03-C-0309-UAF

15. Memo from Lt. M. Hendricks to Major W. Harris (10/10/03
    Re: Investigation & Disposition of Complaint 03-C-0309-UAF

16. APD Citizen Statement (Dr. John Lloyd) (10/30/03)

17. Memo from Deputy Chief Harold Dunovant to Assistant Chief Alan Dreher
    Re: OPS Complaint File # 03-C-0309-UAF, Officer Timothy Brown

18. Letter from Laura Skop to Gary Cox (7/11/03)

19. Letter from Major W. Harris to Laura Skop (3/3/04)

20. Letter from Laura Skop to Richard Pennington, Chief of Police (3/23/04)

21. Memo from Major W. Harris to Assistant Chief A. Dreher (Chief of
    Operations (5/5/04) Re: Citizen Complaint - Laura Skop

22. Memo from Major Harris to APD Command Staff (5/4/04)
    Re: Use of Vacation Day sin Lieu of Suspension

23. Letter from Richard Pennington (Chief) to Laura Skop (5/6/04)

24. *Intentionally omitted.*

25. *Intentionally omitted.*

26. *Intentionally omitted.*

27. APD Notice of Proposed Adverse Action; Brown,12/30/03

28. APD Notice of Proposed Adverse Action; Brown,1/7/04

29. APD Notice of Proposed Adverse Action; Brown,1/20/03

30. Memo from Major Spillane to File 03-C-0309-UAF
    Re: Re-issuance of NPAA/NFAA

31. APD Notice of Proposed Adverse Action; Brown, 1/26/04

32. APD Letter of Written Reprimand; Brown, 1/26/04

33. Memo from Major Spillane to Officer Brown (1/26/04)
    Re: Oral Admonishment

34. *Intentionally omitted.*

35. Zone 2 Evening Watch Assignment Sheet (7/10/03)

36. APD Policy Manual (effective 7/1/04; revised 11/1/04)

37. *Intentionally omitted.*

38. Application for Employment (Timothy Brown; 8/15/00)

39. Personnel Transaction & Certification (Timothy Brown; 8/00)

40. Georgia POST Counsel – Officer's Training Transcript (Brown; 11/9/05)

41. *Intentionally omitted.*

42. Disciplinary Complaint History (Brown)

43. APD – QPAI Performance Appraisal Form (Brown; 4/1/02)

44. APD – QPAI Performance Appraisal Form (Brown; 6/10/03)

45. APD – QPAI Performance Appraisal Form (Brown; 5/15/04)

46. APD Field Manual

47. ***Intentionally omitted.***

48. ***Intentionally omitted.***

49. Training Courses Schedule

50. Course: Basic Mandate; Title: Mechanics of Arrest (Manual)

51. ***Intentionally omitted.***

52. Memo re: Criminal Subpoena for Production of Docs (7/21/05)

53. Letter from Solicitor to Laura Skop re: Traffic Citations (7/15/03)

54. APD Employee Statement (Padgett; 8/5/03)

55. Civil Service Appeal (Testimony of Major Spillane)

56. APD Citizen Statement (Laura Skop; 7/24/03)

57. Civil Service Appeal (Testimony of Laura Skop)

58. APD Citizen Statement (Doug Kollme; 8/1/03)

59. APD Citizen Statement (Dr. John Lloyd; 7/29/03)

60. Statement of Charles Schroeder (8/4/03)

61. Diagram of Zone 2 Precinct

62. Civil Service Appeal (Testimony of Charles Schroeder)

63. Map of Zone 2

64. Unit History for 3205

65. Unit History for 3215

66. Unit History for 3210

67. Contents for Basic Mandate: Traffic Direction and Control

68. Roll Call Training Issue

69. GA POST Profile Report for Thomas L. Padgett

70. GA POST Profile Report for Welcome Harris, Jr.

71. GA POST Profile Report for Joseph P. Spillane

72. GA POST Profile Report for Harold R. Dunovant

73. GA POST Profile Report for Gina V. Hawkins

74. GA POST Profile Report for Melvin L. Hendricks

75. GA POST Profile Report for Darrell A. Lester

76. Picture

77. Picture

78. Picture

79. Picture

80. Picture

81. Picture

82. Picture

83. Picture