IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUN 15 2006
LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

| | |
|---|---|
| LAURA SKOP,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ATLANTA, GEORGIA,<br>OFFICER TIMOTHY BROWN, in<br>his individual capacity &<br>SERGEANT THOMAS L.<br>PADGETT, in his individual<br>capacity,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:05-CV-1754-BBM |

## VIDEOTAPE DEPOSITION OF

### TIMOTHY SCOTT BROWN

December 9, 2005

10:34 a.m.

Suite 4100
68 Mitchell Street
Atlanta, Georgia

S. Julie Friedman, CCR-B-1476

**BROWN**
*Reporting* INC.

1740 Peachtree St, N.W.
Atlanta, GA 30309
404-876-8979