# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA SKOP,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF ATLANTA, GEORGIA, OFFICER TIMOTHY BROWN in his individual capacity, and SERGEANT THOMAS L. PADGETT in his individual capacity ,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:05-CV-1754-BBM |

## J U D G M E N T

This action having come before the court, Honorable Beverly B. Martin, United States District Judge, for consideration of defendants' Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 4th day of August, 2006.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Pamela Wright
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 4, 2006
James N. Hatten
Clerk of Court

By:  Pamela Wright
     Deputy Clerk