# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cv-01754-BBM
## Skop v. City of Atlanta, Georgia et al
## Honorable Beverly B. Martin

Minute Sheet for proceedings held In Chambers on 11/28/2007.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:20 P.M.
TIME IN COURT: 00:20

COURT REPORTER: Montrell Vann
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Cleora Anderson representing City of Atlanta, Georgia<br>William Atkins representing Laura Skop |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held upon request of counsel. Counsel advised the court regarding terms of proposed settlement agreement and requested that this matter be administratively terminated pending final approval. Request denied, this matter will proceed to trial on December 10, 2007 if parties have not reached settlement by that date. |
| HEARING STATUS: | Hearing Concluded |