# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LAURA SKOP** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION FILE NO.** |
| **v.** : | **1:05-CV-1754-BBM** |
| : | |
| **OFFICER TIMOTHY BROWN,** : | |
| : | |
| : | |
| **Defendant** : | |

## JOINT NOTICE OF SETTLEMENT

COME NOW all Parties to the above-styled action and submit this Joint Notice of Settlement as follows.

1.

The Parties have amicably resolved and settled all of the Plaintiff's claims, pending execution of the settlement agreement by the Parties and the Plaintiff's receipt of settlement funds.

2.

Accordingly, the Parties jointly and respectfully request this case be removed from its special setting for trial beginning December 10, 2007 and administratively terminated for forty-five (45) days, before the expiration of which time the Parties intend to file a Stipulation of Dismissal.

- 1 -

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| s/ William J. Atkins | s/ Cleora S. Anderson |
| WILLIAM J. ATKINS | DENNIS M. YOUNG |
| State Bar No. 027060 | State Bar No.781744 |
| | CLEORA S. ANDERSON |
| | State Bar No.016576 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |